**Order filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-01081-CV

_____

**VICTORIA V. OCHSNER, Appellant**

**V.**

**PRESTON A. OCHSNER, Appellee**

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2001-54131**

## ORDER

The supplemental clerk's record filed March 1, 2013 reflects that appellant requested that the court reporter prepare, certify, and file:

(1) all pre-trial proceedings:

(2) voir dire;

(3) all statements to the jury;

(4) the testimony of all witnesses;

(5) all trial exhibits (including all exhibits tendered as well as the exhibits admitted into evidence);

(6) all offers of proof and bills of exception;

(7) all evidentiary objections:

(8) all motions made during trial:

(9) all arguments of counsel (including closing arguments);

(10) all charge conference (including objection to the charge);

(11) all court rulings, and

(12) all post-trial proceedings.

Our review has determined that a relevant item has been omitted from the reporter's record.  The reporter's record does not contain a transcription of the October 26, 2011 hearing on Preston Ochsner's Second Amended Motion for Enforcement.  Therefore, we order Phyllis Gonzales, the official court reporter, to file the record of the October 26, 2011 hearing in this appeal **within 30 days** of the date of this order.

If the omitted hearing was not recorded, or the appellant has not made payment arrangements, the court reporter is directed to file written communication with this court stating that the hearing was not recorded or payment arrangements were not made.

PER CURIAM